*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-464

IN RE SUNG K. CHUN

A Member of the Bar of the
District of Columbia Court of Appeals                    DDN: 107-18

Bar Registration No. 444215

BEFORE: Glickman, Thompson, and Beckwith, Associate Judges.

### O R D E R
(FILED – August 2, 2018)

On consideration of the certified order of the Court of Appeals of Maryland suspending respondent from the practice of law in that jurisdiction for thirty days by consent; this court's June 4, 2018, amended order directing respondent to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file a response to the court's show cause order but did file his D.C. Bar R. XI, §14 (g) affidavit on June 15, 2018, it is

ORDERED that Sung K. Chun is hereby suspended from the practice of law in this jurisdiction for a period of thirty days *nunc pro tunc* to June 15, 2018. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**